An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIA PINO,
Appellant,
vs.
JP MORGAN CHASE BANK, N.A.; MTC
FINANCIAL INC. D/B/A TRUSTEE
CORPS, INC.
Respondents.

No. 65900

**FILED**

OCT 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order denying a petition for judicial review in a Foreclosure Mediation Program matter. On September 10, 2014, respondent JP Morgan Chase Bank, N.A., filed a motion to dismiss this appeal, arguing that appellant's notice of appeal was untimely filed and that this court therefore lacks jurisdiction over this appeal. Having considered the motion and the documents submitted to this court, we agree that the notice of appeal was untimely filed. Specifically, notice of entry of the district court's May 7, 2014, order[1] was served on appellant via U.S. mail on May 13. Since service of the notice of entry was by mail, appellant had 33 days from the date of service to file her notice of appeal. *See* NRAP 4(a)(1); NRAP 26(c). Thus, appellant had until June 16, 2014, to file her notice of appeal.

---

[1]We recognize that the district court docket contains a subsequent order entered on May 14, 2014. But because the May 7 order disposed of the entire underlying matter, and because the May 14 order did not alter any of the rights and obligations set forth in the May 7 order, the May 14 order was superfluous and cannot serve as a basis for rendering this appeal timely. *Campos-Garcia v. Johnson*, 130 Nev. ___, ___, 331 P.3d 890, 891 (2014).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-33804

Because appellant did not file her notice of appeal until June 17, we lack jurisdiction to consider this appeal. *See Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 331, 741 P.2d 432, 433 (1987) (noting that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Kathleen E. Delaney, District Judge
Maria Pino
Smith Larsen & Wixom
Malcolm Cisneros/Las Vegas
Eighth District Court Clerk